IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIA ESTELA TETLA MARTINEZ, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:26-cv-00045-BL ) |
| SCOTT BYRD, *Sheriff, Coffee County Detention Center;* et al., | ) ) ) ) |
| Respondents. | ) |

## **ORDER**

At the request of Petitioner's Counsel, it is hereby **ORDERED** that a Spanish interpreter shall be appointed in the above-styled case for the purpose of assisting Petitioner with translation of the hearing currently set on January 29, 2026, at 10:30 a.m.

**DONE** and **ORDERED** on this the 28th day of January, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE